UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BORNSTEIN,<br><br>    Defendant. | Case No. 17-cv-06743-HSG (PR)<br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this case (Case No. 17-cv-6743 HSG) is hereby REFERRED *sua sponte* to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *USA v. Dunn*, Case No. 93-cr-0270 PJH. Plaintiff may file any response in opposition to or in support of relating the cases within **twenty-one (21)** days of the date of this order.

The Clerk shall file a copy of this order in Case No. 93-cr-0270 PJH.

**IT IS SO ORDERED.**

Dated: 1/4/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge